Michael B. Baylous, ABA No. 0905022
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:   907-264-3303
Email:       baylousm@lanepowell.com

Kurt M. Rylander, Wash. Bar No. 27819, pro hac vice
Mark E. Beatty, Wash. Bar No. 37076, pro hac vice
RYLANDER & ASSOCIATES PC
406 West 12th Street
Vancouver, WA 98660
Telephone:   (360) 750-9931
Facsimile:   (360) 397-0473
E-mail:      rylander@rylanderlaw.com
             beatty@rylanderlaw.com

Attorneys for Plaintiffs Miller Mendel, Inc. and Tyler Miller

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MILLER MENDEL INC., a Washington Corporation and TYLER MILLER, an Oregon resident,<br><br>                 Plaintiff,<br><br>v.<br><br>ALASKA STATE TROOPERS, an agency of the State of Alaska and JAMES E. COCKRELL, Commissioner of the State of Alaska Department Of Public Safety<br><br>                 Defendants. | Case No. 3:21-cv-00129-HRH<br><br>**JOINT STATUS REPORT** |

Plaintiff, MILLER MENDEL, INC. ("MMI"), and Defendants ALASKA STATE TROOOPERS and JAMES E COCKRELL, of the State of Alaska Department of Public Safety, by undersigned counsel, submit this Joint Status Report as ordered by the Court on September 19, 2022 (Dkt 34).

In the Oklahoma Action, *Miller Mendel, Inc. et al. v. City of Oklahoma City, et al.,* (W.D. Oklahoma, Case No. 5:18-cv-00990-JD), claim construction briefing was completed on May 10, 2021, and no further court action has occurred.

In the Oregon Action, *Miller Mendel, Inc. v. Washington County, Oregon et al.,* (D. Oregon, Case No. 3:21-cv-00168-SB), the Oregon court stayed the proceedings pending resolution of the pending Oklahoma case and Texas appeal.

In the Texas Action, *Miller Mendel, Inc. v. City of Anna, Texas* (E.D. Texas, Case No. 2:21-cv-00445-JRG), the Texas court dismissed the suit with prejudice on the defendant's motion for judgment on the Pleadings; denied Plaintiff's motion for reconsideration, but clarified that the order on the defendant's motion for judgment on the pleadings was only as to Claims 1, 5 and 15 of the '188 Patent; and denied the defendant's motion for attorneys' fees and costs. Both parties appealed, on May 2, 2022, by Plaintiff and on July 7, 2022, by Defendant, to the Federal Circuit (Appeal Nos 2022-1753 and 2022-1999). The parties completed briefing in those consolidated appeals and await notification of an oral argument date.

On July 29, 2022, Guardian Alliance Technologies, Inc., the indemnitor for each of the defendants in the Alaska, Oregon, Oklahoma, and Texas Actions, filed suit against Miller Mendel, Inc. and Tyler Miller in the Eastern District of California (E.D. Cal., Case No.2:22-cv-01390-MCE-AC) for declaratory judgment of inequitable conduct/patent fraud, invalidity, violation of antitrust laws, and violation of California state laws. The California court entered an order staying that case pending resolution of the consolidated appeals by the Federal Circuit.

DATED: March 20, 2023

      RYLANDER & ASSOCIATES PC
      Kurt M. Rylander, *pro hac vice*
      Mark E. Beatty, *pro hac vice*

      LANE POWELL LLC
      Attorneys for Plaintiffs Miller Mendel, Inc.
      and Tyler Miller

By  /s/Michael B. Baylous
                                                    Michael B. Baylous, ABA No. 0905022

I certify that on March 20, 2023, a copy of
the foregoing was served via ECF on:

Evan W. Talley, Dunlap Codding P.C.
etalley@dunlapcodding.com; joseland@dunlapcodding.com;
litigation@dunlapcodding.com

/s/Michael B. Baylous