IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| MILLER MENDEL INC., et al. | v. | ALASKA STATE TROOPERS, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:21-cv-00129-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the parties' *Joint Status Report*[1] of March 20, 2023. The report is approved.

The parties will please provide the court with an updated status report on or before **September 19, 2023**.

---

[1] Docket No. 35.